UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

Civil File No. 5:18-CV-508-FL

| | |
|---|---|
| ROBERT EDWARD OEHMAN, JR., TRUSTEE OF THE ROBERT EDWARDS OEHMAN REVOCABLE TRUST; CHARLOTTE TEICHMAN OEHMAN, TRUSTEEE OF THE CHARLOTTE OEHMAN TEICHMAN REVOCABLE TRUST; CHARLES H. MUNN and wife JUDY C. MUNN; and GRAHAM LYTHGOE and wife KATHRYN LYTHGOE,<br><br>    Plaintiffs,<br><br>v.<br><br>CONCERT MACGREGOR DOWNS, LLC,<br><br>    Defendant. | **ORDER GRANTING LEAVE OF COURT TO FILE IN PAPER FORM** |

THE COURT having reviewed and considered Plaintiffs' counsel's Motion for Leave of Court to File in Paper Form and pursuant to Local Rule 5.3(b)(4) grants Joshua D. Hansen Leave of Court to File all notices, motions, responses and other papers in this cause in paper form for a period of 30 days from the date entered below or until Counsel is has been approved and registered to use the CM/EFC system, whichever is sooner.

This Order entered this the 5th day of ~~November~~ December, 2018.

*/s/ Louise W. Flanagan*

Hon. Louise W. Flanagan
District Court Judge