UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT EDWARD OEHMAN, JR., Trustee of the Robert Edward Oehman, Jr. Revocable Trust, CHARLOTTE TEICHMANN OEHMANN, Trustee of the Charlotte Teichmann Oehman Revocable Trust, CHARLES H. MUNN, JUDY C. MUNN, GRAHAM LYTHGOE, and KATHRYN LYTHGOE<br>Plaintiffs,<br><br>v.<br><br>CONCERT MACGREGOR DOWNS, LLC<br>Defendant. | **JUDGMENT**<br><br>No. 5:18-CV-508-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of plaintiffs' motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 18, 2019, more particularly described therein, that plaintiffs' motion to remand is granted and that this case is remanded to the General Court of Justice, Superior Court Division, Wake County, North Carolina.

**This Judgment Filed and Entered on March 18, 2019, and Copies To:**
Joshua D. Hansen (via CM/ECF Notice of Electronic Notification)
Jennifer B. Malik / Natalia Isenberg /Kendra Stark (via CM/ECF Notice of Electronic Notification)
The Honorable Jennifer Knox, Wake County Clerk of Superior Court (via U.S. mail) P O Box 351, Raleigh, NC 27602

March 18, 2019　　　　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk